EUNICE A. BIGELOW, *v.* SARAH J. DOYING et al., Impleaded, etc., Respondents, THE BLOOMINGDALE STORE AND APARTMENT COMPANY, Appellant.

(Submitted November 30, 1891; decided December 15, 1891.)

APPEAL from order of the General Term of the Supreme Court in the first judicial department, made March 3, 1891, which affirmed an order of Special Term reversing the report of a referee as to surplus moneys and appointing a new referee.

*John C. Shaw* for appellant.

*James P. Campbell* for respondents.

Agree to dismiss appeal on ground that order appealed from is not final; no opinion.
All concur.
Appeal dismissed.